UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PW Eagle, Inc., a Minnesota corporation,

Plaintiff,

v.

Centennial Plastics, LLC,

Defendant.

Court File No. 01-1108 (DWF/AJB)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** AND ORDER

Plaintiff PW Eagle, Inc. and Defendant Centennial Plastics, LLC by and through their respective undersigned counsel, do hereby stipulate and agree that Defendant Centennial Plastics, LLC may have ~~two~~ to and through Wednesday, August 22, 2001 to answer the Complaint of Plaintiff in the above-captioned action.

Dated: August 13, 2001

**WINTHROP & WEINSTINE, P.A.**

By: ____________
David P. Pearson (#84712)
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 347-0700
***Attorneys for Defendant Centennial Plastics, LLP***

Dated: August 14 2001

**FREDRIKSON & BYRON, P.A.**

By: ____________
Daniel J. Maertens (#188311)
Lora Esch Mitchell (#259615)
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7098
***Attorneys for Plaintiff PW Eagle, Inc.***

IT IS SO ORDERED.

Dated: 8/15/01

____________
Magistrate Judge Arthur J. Boylan

AUG 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500