UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PW Eagle, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Centennial Plastics LLC,

Defendant.

Civil Action: 01-1108 DWF/AJB

**STIPULATION AND ORDER**

---

The parties, through their undersigned counsel, hereby stipulate and agree to extend the deadline for amending pleadings and adding parties in the above-referenced matter from November 1, 2001 to December 1, 2001.

Dated: Nov. 1, 2001

Daniel J. Maertens (#188311)
Lora Esch Mitchell (#259615)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: (612) 347-7098/7185
Fax: (612) 347-7077

**Counsel for PW Eagle, Inc.**

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: November 1, 2001

Thomas E. Peterson (# 8640X )
PETERSON, HEKTNER
145 Paramount Plaza
7831 Glenroy Road
Bloomington, MN 55439
Phone: (952) 921-2211
Fax: (952) 837-0927

**Counsel for Centennial Plastics LLC**

IT IS SO ORDERED:

Dated: 11/5, 2001

Arthur J. Boylan
Magistrate Judge of U.S. District Court

::ODMA\PCDOCS\FBDOCS1\2577533\1