UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PW Eagle, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Centennial Plastics LLC,

Defendant.

Civil No. 01-1108 DWF/AJB

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The above-entitled matter is before the Court on the unopposed motion of Plaintiff PW Eagle, Inc. to amend its complaint and add parties.

Upon the arguments of counsel, the memoranda and affidavits submitted therewith and the entire file herein,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend its complaint and add parties is GRANTED. Plaintiff may serve the proposed amended complaint attached to its motion papers and add Larry Schnase, David Schnase, Patrick Mertens and G. Peter Konen as defendants.

Dated: 12/19/01

Arthur J. Boylan
United States Magistrate Judge

2589413/2

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK