UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PW Eagle, Inc., a Minnesota corporation,

Plaintiff,

v.

Centennial Plastics L.L.C., Larry Schnase, David Schnase, Patrick Mertens, and G. Peter Konen,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER
Court File No. 01-1108 (DWF/AJB)

The above parties, by their undersigned counsel, having reached a settlement of this matter hereby agree and stipulate that this action may be dismissed, with prejudice, and without costs or disbursements to any party.

Dated: July 15, 2002

FREDRIKSON & BYRON, P.A.

Daniel J. Maertens (#188311)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: (612) 347-7098/7185
Fax: (612) 347-7077

ATTORNEYS FOR PLAINTIFF
PW EAGLE, INC.

FILED JUL 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PETERSON & HEKTNER, LTD.

Dated: ____________________

Thomas E. Peterson (#8640X)
Peterson & Hektner, Ltd.
145 Paramount Plaza III
7831 Glenroy Road
Minneapolis, MN 55439
Telephone: (952) 921-2211

ATTORNEYS FOR DEFENDANT
CENTENNIAL PLASTICS L.L.C.

01087

SO ORDERED.

Dated: 7/17/02

Donovan Frank
United States District Judge